**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **REACHING HEARTS** | * | |
| **INTERNATIONAL, INC.** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. RWT 05-1688 |
| | * | |
| **PRINCE GEORGE'S COUNTY,** | * | |
| et al. | * | |
| | * | |
| Defendants. | * | |

## ORDER AWARDING DAMAGES, DECLARATORY RELIEF, AND INJUNCTION

Upon consideration of Defendant's Renewed Motion for Judgment as Matter of Law [Paper No. 99], Plaintiff's Opposition thereto, Defendant's Reply, the oral arguments by counsel, the record, and for the reasons stated in the accompanying Memorandum Opinion, it is this 4th day of November, 2008, by the United States District Court for the District of Maryland, hereby

**ORDERED** that Defendant's Renewed Motion for Judgment as Matter of Law [Paper No. 99] is **DENIED**; and it is further

**ORDERED** that judgment on the jury's verdict in the amount of $3,714,822.36 is entered in favor of the Plaintiff against Defendant, Prince George's County, Maryland, with interest from April 24, 2008 and the costs of this action; and it is further

**ORDERED** that the Court finds and declares that CB-83-2003 is unconstitutional and in violation of the Religious Land Use and Institutionalized Persons Act as applied to the Plaintiff; and it is further

**ORDERED** that the Defendants are enjoined from applying the provisions of CB-83-2003 to the property of the Plaintiff; and it is further

**ORDERED** that Defendants are directed to process any water and sewer category change application hereinafter filed by the Plaintiff without reference to the provisions of CB-83-2003 and without delay or religious discrimination; and it is further

**ORDERED** that the Clerk is directed to close this case.

                                                               /s/
                                        ROGER W. TITUS
                              UNITED STATES DISTRICT JUDGE